IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

MAR 22 2010
BY D. MARK JONES, CLERK
_____
DEPUTY CLERK

| | |
|---|---|
| BRIDGET ZIEGLER, | DISMISSAL ORDER |
| Plaintiff, | Case No. 2:09-CV-832 DB |
| v. | District Judge Dee Benson |
| DR. KENNON TUBBS et al., | |
| Defendants. | |

Plaintiff, Bridget Ziegler, has not responded to the Court's January 14, 2010, order to within thirty days show cause why her case should not be dismissed for failure to comply with the Court's order to submit an initial partial filing fee. Indeed, the order was returned to sender, marked, "Unknown Addressee." Plaintiff has not since updated her address with the Court.

IT IS THEREFORE ORDERED that, for failure to comply with the Court's order and failure to prosecute, Plaintiff's complaint is dismissed without prejudice.

DATED this 22nd day of March, 2010.

BY THE COURT:

_Dee Benson_
DEE BENSON
United States District Judge